**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jeffrey Matz,

Plaintiff,

vs.

Allstate Insurance Company,

Defendant.

Court File No. 00-2358 MJD/JGL

**STIPULATION OF SETTLEMENT AND DISMISSAL**

The undersigned hereby advise the Court that plaintiff's claims against Allstate Insurance Company in the above action have been fully compromised and settled. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff and Allstate Insurance Company that this entire lawsuit may be, and hereby is, dismissed with prejudice, and without costs or disbursements to any party.

Dated: August 15, 2001

Jeffrey Matz
19025 30th Street
Winsted, MN 55395
Telephone: (320) 485-2214

**PLAINTIFF APPEARING PRO SE**

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 8/20, 2001

**FAEGRE & BENSON LLP**

Deborah A. Ellingboe

Steven L. Severson (#152857)
Deborah A. Ellingboe (#26216X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000

**ATTORNEYS FOR DEFENDANT**

**JUDGMENT**

Pursuant to the foregoing Stipulation and Order,

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action be, and the same hereby is, dismissed with prejudice without costs or disbursements to any party.

Dated: August 29, 2001

Michael J. Davis

MICHAEL J. DAVIS
United States District Judge

M2:20404712.01